**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, et al.,

                Petitioners,                20 **CIVIL** 5212 (JPO)

      -against-                       **JUDGMENT**

CONCRETE INDUSTRIES ONE CORP.,

                Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 6, 2021, the Award is MODIFIED to reduce liquidated damages to $30,489.26, and the petition to confirm the Award is GRANTED. Judgment is entered in favor of Petitioners in the amount $268,302.76 plus statutory interest; accordingly, the case is closed.

**Dated:**  New York, New York
           August 6, 2021

                                                   **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                                     **BY:**
                                                      **Deputy Clerk**